**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Cassandra Woods**, an Arizona resident,<br><br>Plaintiff,<br><br>v.<br><br>**CRAZYFUNUSA LLC,** an Arizona limited liability company; and **Beytullah Aydemir**, an Arizona resident,<br><br>Defendants. | **Case No. CV-18-02269-PHX-DJH**<br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS**<br><br>**(Assigned to the Hon. Diane J. Humetewa)** |

Defendants have failed to appear, plead, or otherwise defend. The default of Defendants CRAZYFUNUSA LLC; and Beytullah Aydemir is hereby entered pursuant to Federal Rule of Civil Procedure 55(b).

It is ordered that Plaintiff be awarded judgment against all Defendants, collectively and individually, as follows:

A.)   For Plaintiff's damages in the sum of $8,797.14.

B.)   For Plaintiff's costs in the sum of $492.20.

C.)   For Plaintiff's attorneys' fee, a motion for attorneys' fees will be filed pursuant to LRCivP 54.2.

D.)   For post judgment interest on the above amounts at a rate of ___% per annum; and,

E.)   For Plaintiff's attorneys' fees and costs incurred in enforcing this judgment.